# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN L. DALE, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §  CASE NO. 17-CV-677-TCK-JFJ |
| | § |
| MAIN EVENT ENTERTAINMENT LP | § |
| d/b/a MAIN EVENT ENTERTAINMENT | §  JURY TRIAL DEMANDED |
| a foreign limited partnership, | § |
| | § |
| Defendant. | § |

## ORDER

Pending before the Court is Defendant's Motion for Relief from Local Counsel Requirement and Supporting Brief (Doc. 7). For good cause shown, the Motion will be, and hereby is, GRANTED. The local counsel requirement (*See* LCvR 83.3(c)) is waived, and non-resident counsel Steven L. Rahhal may appear in this case on behalf of the defendant without local counsel.

**IT IS SO ORDERED** this 12th day of February, 2018.

*[signature: Terence C Kern]*

TERENCE C. KERN
UNITED STATES DISTRICT JUDGE