**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. SUSAN L. DALE, ) <br> an individual, ) <br>               **Plaintiff,** ) <br> vs. ) <br> ) <br> 1. MAIN EVENT ENTERTAINMENT ) <br> LP d/b/a/ MAIN EVENT ) <br> ENTERTAINMENT a foreign ) <br> limited partnership, ) <br> ) | Case No. 17-CV-677-TCK-JFJ |

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE BY ALL PARTIES**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Susan Dale, and Defendant, Main Event Entertainment, LP d/b/a Main Event Entertainment, being all the parties who entered an appearance in the above-referenced proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by any pleading entered or filed in this proceeding, with prejudice to refiling. Each party agrees to be and remain responsible for her or its own attorney's fees and costs incurred in this matter.

**Respectfully submitted:**

| | |
|---|---|
| **ARMSTRONG & VAUGHT, P.L.C.** | **LITTLER MENDELSON, P.C.** |
| By: _s/ Charles C. Vaught_ | By: _s/ Steven L. Rahhal_ |
| **Charles C. Vaught, OBA No. 19962** | (*signed by filing attorney with permission*) |
| 2727 East 21st Street, Suite 505 | **Steven L. Rahhal, OBA No. 125545** |
| Tulsa, OK 74114 | 2001 Ross Avenue |
| (918) 582-2500 – *Telephone* | Suite 1500, Lock Box 116 |
| (918) 583-1755 – *Facsimile* | Dallas, TX 75201-2931 |
| cvaught@a-vlaw.com | (214) 880-8100 – *Telephone* |
| *Attorney for Plaintiff* | (214) 880-0181 – *Facsimile* |
| | srahhal@littler.com |
| | *Attorney for Defendant* |